UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 06-09206 |
| | § | |
| MARC G WAGMAN | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. The debtor(s) filed a petition under chapter 7 of the United States Bankruptcy Code on 07/31/2006. The undersigned trustee was appointed on 07/31/2006.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor(s) as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of $20,215.12

   Funds were disbursed in the following amounts:

   | | |
   |---|---|
   | Administrative expenses | $66.21 |
   | Payments to creditors | $0.00 |
   | Non-estate funds paid to 3rd Parties | $0.00 |
   | Payments to the debtor(s) | $0.00 |
   | Leaving a balance on hand of[1] | $20,148.91 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of additional interest

  6. The deadline for filing claims in this case was 12/01/2006. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

  7. The Trustee's proposed distribution is attached as **Exhibit D**.

  8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $2,771.51. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

  The trustee has received $0.00 as interim compensation and now requests the sum of $2,771.51, for a total compensation of $2,771.51. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.

  Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.


Date: 06/10/2010      By: /s/ Horace Fox, Jr.
                 Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TFR (9/1/2009)**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1  Exhibit A

| Case No.: | 06-09206 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | WAGMAN, MARC G | | Date Filed (f) or Converted (c): | 07/31/2006 (f) |
| For the Period Ending: | 6/10/2010 | | §341(a) Meeting Date: | 08/29/2006 |
| | | | Claims Bar Date: | 12/01/2006 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. DA=§ 554(c) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1  1/6 ownership in r/e1543-45 S. B St Elwood IN | $13,854.40 | $0.00 | DA | $11,083.60 | FA |
| 2  Savings acct #3385 Bank of Indianapolis 1/6th inte | $8,814.08 | $8,814.08 | DA | $8,816.40 | FA |
| 3  cash | $15.00 | $0.00 | DA | $0.00 | FA |
| 4  checking acct #3703 | $350.00 | $0.00 | DA | $0.00 | FA |
| 5  checking 3307 Bk of Indianapolis | $700.00 | $240.00 | DA | $0.00 | FA |
| 6  Savings Merrill Lynch #31E81 | $293.00 | $0.00 | DA | $0.00 | FA |
| 7  security deposit | $1,400.00 | $1,400.00 | DA | $0.00 | FA |
| 8  Household Goods | $750.00 | $0.00 | DA | $0.00 | FA |
| 9  clothing | $1,000.00 | $0.00 | DA | $0.00 | FA |
| 10  furs jewelry | $1,000.00 | $0.00 | DA | $0.00 | FA |
| 11  sports and hobby equipmnet | $340.00 | $0.00 | DA | $0.00 | FA |
| 12  11 shares SBC stock @25 .00 per | $250.00 | $0.00 | DA | $0.00 | FA |
| 13  1999 Toyota Avalon | $4,200.00 | $0.00 | DA | $0.00 | FA |
| 14  VOID | $0.00 | $0.00 | | $0.00 | $0.00 |
| INT  Interest Asset | Unknown | Unknown | | $315.12 | Unknown |

**TOTALS (Excluding unknown value)**  **Gross Value of Remaining Assets**
$32,966.48    $10,454.08    $20,215.12    $0.00

**Major Activities affecting case closing:**

Debtor owns a 1/6th interest in a family owned parcel of real estate in Indiana. I have negotiated a settlement on that parcel and all of a non exempt savings account. Hire an attorney;
and an accountant examine claims and file final report.
Accountant appointed, object to 2nd of 3 duplicate claims( first withdrawn ) allow 3 to stand.
Claim objections set and ruled on. Accountant hired.
Have fees from accountant and attorney. Objections ruled on. final report. Compiled trustee time. Review claims.

**Initial Projected Date Of Final Report (TFR):** 06/01/2007   **Current Projected Date Of Final Report (TFR):** 02/28/2010

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 06-09206 | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|
| Case Name: | WAGMAN, MARC G | Bank Name: | BANK OF AMERICA |
| Primary Taxpayer ID #: | ******0085 | Money Market Acct #: | ******8301 |
| Co-Debtor Taxpayer ID #: |  | Account Title: | MONEY MARKET |
| For Period Beginning: | 7/31/2006 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 6/10/2010 | Separate bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/29/2006 |  | MARC G. WAGMAN | buy back int r/e and savings acct | * | $19,900.00 |  | $19,900.00 |
|  | {1} |  | buy back int r/e and savings acct     $11,083.60 | 1110-000 |  |  | $19,900.00 |
|  | {2} |  | $8,816.40 | 1129-000 |  |  | $19,900.00 |
| 10/31/2006 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $15.78 |  | $19,915.78 |
| 11/30/2006 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $16.37 |  | $19,932.15 |
| 12/29/2006 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $16.93 |  | $19,949.08 |
| 01/31/2007 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $16.95 |  | $19,966.03 |
| 02/28/2007 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $15.32 |  | $19,981.35 |
| 03/30/2007 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $16.96 |  | $19,998.31 |
| 04/03/2007 | 101 | INTERNATIONAL SURETIES, LTD | blanket bond allocation | 2300-000 |  | $15.87 | $19,982.44 |
| 04/30/2007 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $16.44 |  | $19,998.88 |
| 05/31/2007 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $16.99 |  | $20,015.87 |
| 06/29/2007 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $16.44 |  | $20,032.31 |
| 07/31/2007 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $17.02 |  | $20,049.33 |
| 08/31/2007 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $17.03 |  | $20,066.36 |
| 09/28/2007 | (INT) | BANK OF AMERICA | Interest Rate 0.750 | 1270-000 | $12.78 |  | $20,079.14 |
| 10/31/2007 | (INT) | BANK OF AMERICA | OCTOBER 2007 INTEREST | 1270-000 | $12.79 |  | $20,091.93 |
| 11/08/2007 | (INT) | BANK OF AMERICA | Interest Earned For November 2007 | 1270-000 | $2.50 |  | $20,094.43 |
| 11/08/2007 |  | Sterling Bank | Transfer Funds | 9999-000 |  | $20,094.43 | $0.00 |

**SUBTOTALS**  $20,110.30   $20,110.30

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 2      Exhibit B

| Case No. | 06-09206 | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|
| Case Name: | WAGMAN, MARC G | Bank Name: | BANK OF AMERICA |
| Primary Taxpayer ID #: | ******0085 | Money Market Acct #: | ******8301 |
| Co-Debtor Taxpayer ID #: | | Account Title: | MONEY MARKET |
| For Period Beginning: | 7/31/2006 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 6/10/2010 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  |  |  | **TOTALS:** |  | $20,110.30 | $20,110.30 | $0.00 |
|  |  |  | Less: Bank transfers/CDs |  | $0.00 | $20,094.43 | |
|  |  |  | **Subtotal** |  | $20,110.30 | $15.87 | |
|  |  |  | Less: Payments to debtors |  | $0.00 | $0.00 | |
|  |  |  | **Net** |  | $20,110.30 | $15.87 | |

| For the period of **7/31/2006** to **6/10/2010** | | For the entire history of the account between **09/29/2006** to **6/10/2010** | |
|---|---|---|---|
| Total Compensable Receipts: | $20,110.30 | Total Compensable Receipts: | $20,110.30 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $20,110.30 | Total Comp/Non Comp Receipts: | $20,110.30 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $15.87 | Total Compensable Disbursements: | $15.87 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $15.87 | Total Comp/Non Comp Disbursements: | $15.87 |
| Total Internal/Transfer Disbursements: | $20,094.43 | Total Internal/Transfer Disbursements: | $20,094.43 |

FORM 2

CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 06-09206 | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|
| Case Name: | WAGMAN, MARC G | | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | ******0085 | | | Checking Acct #: | ******9206 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | |
| For Period Beginning: | 7/31/2006 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 6/10/2010 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/02/2008 | | Transfer From MMA # ******9206 | Transfer For Bond Payment | 9999-000 | $18.40 | | $18.40 |
| 04/02/2008 | 2001 | International Sureties, LTD. | Bond Payment | 2300-000 | | $18.40 | $0.00 |
| 04/02/2009 | | Transfer From MMA # ******9206 | Transfer For Bond Payment | 9999-000 | $14.64 | | $14.64 |
| 04/02/2009 | | Transfer From MMA # ******9206 | Transfer For Bond Payment | 9999-000 | $14.64 | | $29.28 |
| 04/02/2009 | | Transfer To Acct#******9206 | | 9999-000 | | $14.64 | $14.64 |
| 04/02/2009 | 2002 | International Sureties, LTD. | Bond Payment | 2300-000 | | $14.64 | $0.00 |
| 04/02/2009 | 2002 | VOID: International Sureties, LTD. | | 2300-003 | | ($14.64) | $14.64 |
| 04/02/2009 | 2003 | International Sureties, LTD. | Bond Payment | 2300-000 | | $14.64 | $0.00 |
| 04/28/2010 | | Transfer From MMA # ******9206 | Transfer For Bond Payment | 9999-000 | $17.30 | | $17.30 |
| 04/28/2010 | 2004 | International Sureties, LTD. | Bond Payment | 2300-000 | | $17.30 | $0.00 |
| | | | TOTALS: | | $64.98 | $64.98 | $0.00 |
| | | | Less: Bank transfers/CDs | | $64.98 | $14.64 | |
| | | | Subtotal | | $0.00 | $50.34 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $0.00 | $50.34 | |

| For the period of 7/31/2006 to 6/10/2010 | | For the entire history of the account between 03/31/2008 to 6/10/2010 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $64.98 | Total Internal/Transfer Receipts: | $64.98 |
| | | | |
| Total Compensable Disbursements: | $50.34 | Total Compensable Disbursements: | $50.34 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $50.34 | Total Comp/Non Comp Disbursements: | $50.34 |
| Total Internal/Transfer Disbursements: | $14.64 | Total Internal/Transfer Disbursements: | $14.64 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 06-09206 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | WAGMAN, MARC G | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | ******0085 | | Money Market Acct #: | ******9206 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | MMA |
| For Period Beginning: | 7/31/2006 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 6/10/2010 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/08/2007 | | BANK OF AMERICA | Transfer Funds | 9999-000 | $20,094.43 | | $20,094.43 |
| 11/30/2007 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $7.60 | | $20,102.03 |
| 12/31/2007 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $10.24 | | $20,112.27 |
| 01/31/2008 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $9.73 | | $20,122.00 |
| 02/29/2008 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $7.97 | | $20,129.97 |
| 03/31/2008 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $7.81 | | $20,137.78 |
| 04/02/2008 | | Transfer To # ******9206 | Transfer For Bond Payment | 9999-000 | | $18.40 | $20,119.38 |
| 04/30/2008 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $6.60 | | $20,125.98 |
| 05/30/2008 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $6.82 | | $20,132.80 |
| 06/30/2008 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $6.60 | | $20,139.40 |
| 07/31/2008 | (INT) | Sterling Bank | Interest Earned For July | 1270-000 | $6.33 | | $20,145.73 |
| 08/29/2008 | (INT) | Sterling Bank | Interest Earned For August | 1270-000 | $5.12 | | $20,150.85 |
| 09/30/2008 | (INT) | Sterling Bank | Interest Earned For September | 1270-000 | $4.96 | | $20,155.81 |
| 10/31/2008 | (INT) | Sterling Bank | Interest Earned For October | 1270-000 | $3.91 | | $20,159.72 |
| 11/28/2008 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $2.59 | | $20,162.31 |
| 12/31/2008 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $2.15 | | $20,164.46 |
| 01/30/2009 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $1.71 | | $20,166.17 |
| 02/27/2009 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $1.55 | | $20,167.72 |
| 03/31/2009 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $1.33 | | $20,169.05 |
| 04/02/2009 | | Transfer From Acct#******9206 | | 9999-000 | $14.64 | | $20,183.69 |
| 04/02/2009 | | Transfer To # ******9206 | Transfer For Bond Payment | 9999-000 | | $14.64 | $20,169.05 |
| 04/02/2009 | | Transfer To # ******9206 | Transfer For Bond Payment | 9999-000 | | $14.64 | $20,154.41 |
| 04/30/2009 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $0.83 | | $20,155.24 |
| 05/29/2009 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $0.86 | | $20,156.10 |
| 06/30/2009 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $0.83 | | $20,156.93 |
| 07/31/2009 | (INT) | Sterling Bank | Interest Earned For July | 1270-000 | $0.86 | | $20,157.79 |
| 08/31/2009 | (INT) | Sterling Bank | Interest Earned For August | 1270-000 | $0.86 | | $20,158.65 |
| 09/30/2009 | (INT) | Sterling Bank | Interest Earned For September | 1270-000 | $0.83 | | $20,159.48 |

**SUBTOTALS**  $20,207.16  $47.68

FORM 2

CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 06-09206 | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|
| Case Name: | WAGMAN, MARC G | | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | ******0085 | | | Money Market Acct #: | ******9206 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | MMA |
| For Period Beginning: | 7/31/2006 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 6/10/2010 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/30/2009 | (INT) | Sterling Bank | Interest Earned For October | 1270-000 | $0.86 | | $20,160.34 |
| 11/30/2009 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $0.83 | | $20,161.17 |
| 12/31/2009 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $0.86 | | $20,162.03 |
| 01/29/2010 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $0.86 | | $20,162.89 |
| 02/26/2010 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $0.77 | | $20,163.66 |
| 03/31/2010 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $0.86 | | $20,164.52 |
| 04/28/2010 | | Transfer To # ******9206 | Transfer For Bond Payment | 9999-000 | | $17.30 | $20,147.22 |
| 04/30/2010 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $0.83 | | $20,148.05 |
| 05/28/2010 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $0.86 | | $20,148.91 |
| | | | TOTALS: | | $20,213.89 | $64.98 | $20,148.91 |
| | | | Less: Bank transfers/CDs | | $20,109.07 | $64.98 | |
| | | | Subtotal | | $104.82 | $0.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $104.82 | $0.00 | |

| For the period of 7/31/2006 to 6/10/2010 | | For the entire history of the account between 11/08/2007 to 6/10/2010 | |
|---|---|---|---|
| Total Compensable Receipts: | $104.82 | Total Compensable Receipts: | $104.82 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $104.82 | Total Comp/Non Comp Receipts: | $104.82 |
| Total Internal/Transfer Receipts: | $20,109.07 | Total Internal/Transfer Receipts: | $20,109.07 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $64.98 | Total Internal/Transfer Disbursements: | $64.98 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 06-09206 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | WAGMAN, MARC G | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | ******0085 | | Money Market Acct #: | ******9206 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | MMA |
| For Period Beginning: | 7/31/2006 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 6/10/2010 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $20,215.12 | $66.21 | $20,148.91 |

**For the period of 7/31/2006 to 6/10/2010**

| | |
|---|---|
| Total Compensable Receipts: | $20,215.12 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $20,215.12 |
| Total Internal/Transfer Receipts: | $20,174.05 |
| | |
| Total Compensable Disbursements: | $66.21 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $66.21 |
| Total Internal/Transfer Disbursements: | $20,174.05 |

**For the entire history of the case between 07/31/2006 to 6/10/2010**

| | |
|---|---|
| Total Compensable Receipts: | $20,215.12 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $20,215.12 |
| Total Internal/Transfer Receipts: | $20,174.05 |
| | |
| Total Compensable Disbursements: | $66.21 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $66.21 |
| Total Internal/Transfer Disbursements: | $20,174.05 |

HORACE FOX, JR.

CLAIM ANALYSIS REPORT  Page No: 1       Exhibit C

| Case No. | 06-09206 | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|
| Case Name: | WAGMAN, MARC G | | | Date: | 6/10/2010 |
| Claims Bar Date: | 12/01/2006 | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | FOX HORACE  6 East Monroe # 1004 Chicago IL | 03/04/2008 | Trustee Compensation | Allowed | 2100-000 | $0.00 | $2,771.51 | $2,771.51 | $0.00 | $0.00 | $0.00 | $2,771.51 |
| | POPOWCER KATTEN, LTD.  35 E. Wacker, #1550 Chicago IL 60601-2207 | 09/07/2008 | Accountant for Trustee Expenses (Other Firm) | Allowed | 3410-000 | $0.00 | $861.00 | $861.00 | $0.00 | $0.00 | $0.00 | $861.00 |
| **Claim Notes:** | Tax preparation | | | | | | | | | | | |
| | LAW OFFICES OF BRUCE DE'MEDICI  150 N. Michigan # 3300 Chicago IL 60601 | 03/04/2008 | Attorney for Trustee Expenses (Other Firm) | Allowed | 3210-000 | $0.00 | $3,997.50 | $3,997.50 | $0.00 | $0.00 | $0.00 | $3,997.50 |
| 1 | ACCESS GROUP INC.  P.O. Box 7430 Wilmington DE 19803 | 08/18/2006 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $54,514.64 | $54,514.64 | $0.00 | $0.00 | $0.00 | $54,514.64 |
| * 2 | ACCESS GROUP INC.  P.O. Box 7430 Wilmington DE 19803 | 08/18/2006 | General Unsecured 726(a)(2) | Disallowed | 7100-000 | $0.00 | $54,514.64 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | claims 1, 2 and 3 are identical in amount, source and form. Object to 2 and 3, let 1 stand. Order pof 6.16.09 make no payment claims 2 and 3. | | | | | | | | | | | |
| 3 | ACCESS GROUP INC.  P.O. Box 7430 Wilmington DE 19803 | 08/18/2006 | General Unsecured 726(a)(2) | Disallowed | 7100-000 | $0.00 | $54,514.64 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | claim 3 identical in amount and back up and incurred same day. Filed by same person. Object to #2, let #3 stand. Make no payment, order 6.16.09 | | | | | | | | | | | |
| 4 | ACCESS GROUP INC.  P.O. Box 7430 Wilmington DE 19803 | 08/18/2006 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $11,203.39 | $11,203.39 | $0.00 | $0.00 | $0.00 | $11,203.39 |
| 5 | AMERICAN EXPRESS CENTURION  c/o Becket and Lee LLP POB 3001 Malvern PA 19355-0701 | 09/26/2006 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $18,574.37 | $18,574.37 | $0.00 | $0.00 | $0.00 | $18,574.37 |

\* There is an objection filed for this claim

CLAIM ANALYSIS REPORT

Page No: 2  Exhibit C

| **Case No.** | 06-09206 | | **Trustee Name:** | Horace Fox, Jr. |
| **Case Name:** | WAGMAN, MARC G | | **Date:** | 6/10/2010 |
| **Claims Bar Date:** | 12/01/2006 | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6 | AMERICAN EXPRESS CENTURION<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | 09/26/2006 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $451.70 | $451.70 | $0.00 | $0.00 | $0.00 | $451.70 |
| | | | | | | $201,403.39 | $92,374.11 | $0.00 | $0.00 | $0.00 | | $92,374.11 |

CLAIM ANALYSIS REPORT

Page No: 3 Exhibit C

| **Case No.** | 06-09206 | **Trustee Name:** | Horace Fox, Jr. |
| **Case Name:** | WAGMAN, MARC G | **Date:** | 6/10/2010 |
| **Claims Bar Date:** | 12/01/2006 | | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---:|---:|---:|---:|---:|---:|
| Accountant for Trustee Expenses (Other Firm) | $861.00 | $861.00 | $0.00 | $0.00 | $0.00 | $861.00 |
| Attorney for Trustee Expenses (Other Firm) | $3,997.50 | $3,997.50 | $0.00 | $0.00 | $0.00 | $3,997.50 |
| General Unsecured 726(a)(2) | $193,773.38 | $84,744.10 | $0.00 | $0.00 | $0.00 | $84,744.10 |
| Trustee Compensation | $2,771.51 | $2,771.51 | $0.00 | $0.00 | $0.00 | $2,771.51 |

Exhibit D

# TRUSTEE'S PROPOSED DISTRIBUTION

Case No.:       06-09206
Case Name:      MARC G WAGMAN
Trustee Name:   Horace Fox, Jr.

Claims of secured creditors will be paid as follows: NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---:|---:|
| Trustee, Fox Horace | $2,771.51 | $0.00 |
| Attorney for Trustee, Law Offices of Bruce de'Medici | $3,997.50 | $0.00 |
| Accountant for Trustee, Popowcer Katten, Ltd. | $861.00 | $0.00 |

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $84,744.10 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 14.8%.

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Proposed Amount |
|---:|---|---:|---:|
| 1 | Access Group Inc. | $54,514.64 | $8,053.22 |
| 4 | Access Group Inc. | $11,203.39 | $1,655.03 |
| 5 | American Express Centurion | $18,574.37 | $2,743.92 |
| 6 | American Express Centurion | $451.70 | $66.73 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0%.

Tardily filed general (unsecured) claims are as follows: NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0%.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

The amount of surplus returned to the debtor(s) after payment of all claims and interest is $0.00.