**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**CHICAGO DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 06-09206 |
| | § | |
| MARC G WAGMAN | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Horace Fox, Jr., trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 s Dearborn, Room 713, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days of the date of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 a.m. on  8 / 18 / 2010, in Courtroom 615 , 219 South Dearborn Chicago, IL 60604 United States Courthouse, . If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:   07/14/2010          By:   /s/ Horace Fox, Jr.
                                          (Trustee)

Horace Fox, Jr.
6 East Monroe
Suite 1004
Chicago, IL, 60603

**UST-Form 101-7-NFR (9/1/2009)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**CHICAGO DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 06-09206 |
| | § | |
| MARC G WAGMAN | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*     $20,215.12
*and approved disbursements of*     $66.21
*leaving a balance on hand of[1] :*     $20,148.91

Claims of secured creditors will be paid as follows: NONE

Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---:|---:|
| Trustee, Fox Horace | $2,771.51 | $0.00 |
| Attorney for Trustee, Law Offices of Bruce de'Medici | $3,997.50 | $0.00 |
| Accountant for Trustee, Popowcer Katten, Ltd. | $861.00 | $0.00 |

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

     In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of additional interest

**UST-Form 101-7-NFR (9/1/2009)**

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $84,744.10 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 14.8%.

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Proposed Amount |
|---|---|---|---|
| 1 | Access Group Inc. | $54,514.64 | $8,053.22 |
| 4 | Access Group Inc. | $11,203.39 | $1,655.03 |
| 5 | American Express Centurion | $18,574.37 | $2,743.92 |
| 6 | American Express Centurion | $451.70 | $66.73 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0%.

Tardily filed general (unsecured) claims are as follows: NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0%.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

The amount of surplus returned to the debtor(s) after payment of all claims and interest is $0.00.

Prepared By:  /s/ Horace Fox, Jr.
               Trustee

Horace Fox, Jr.
6 East Monroe
Suite 1004
Chicago, IL, 60603

**UST-Form 101-7-NFR (9/1/2009)**

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST-Form 101-7-NFR (9/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1            User: vbrown                   Page 1 of 1              Date Rcvd: Jul 15, 2010
Case: 06-09206                  Form ID: pdf006                Total Noticed: 23
```

The following entities were noticed by first class mail on Jul 17, 2010.
```
db         +Marc G. Wagman,    440 Raintree Court Unit 2L,    Glen Ellyn, IL 60137-6731
aty        +Bruce E de'Medici,    150 North Michigan Avenue,    3300,   Chicago, IL 60601-7621
aty        +Ean L Kryska,    SmithAmundsen LLC,    150 N Michigan Ave Suite 3300,    Chicago, IL 60601-6004
aty        +Lorraine M Greenberg,    Lorraine M. Greenberg,    150 North Michigan Avenue,    Suite 800,
             Chicago, IL 60601-7585
aty        +Marc Wagman,    Swanson & Wagman LLC,    670 West Hubbard Suite #202,    Chicago, IL 60654-5541
10962368   +Access Group Inc,    C/O KHELC,    Po Box 24328,    Louisville, KY 40224-0328
10845082   +Access Group Inc.,    P.O. Box 7430,    Wilmington, DE 19803-0430
10845083   +Access Group Inc.,    10180 Linn Station Road Suite C200,    Louisville, KY 40223-3832
10845084    American Express,    P.O. Box 297804,    Fort Lauderdale, FL 33329-7804
10845085    American Express,    P.O. Box 650448,    Dallas, TX 75265-0448
10962369   +American Express,    Po Box 47500,    Jacksonville , FL 32247-7500
10932320    American Express Centurion Bank,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
10845088    Bank of America,    PO Box 1758,    Newark, NJ 07101-1758
10845086   +Bank of America,    PO Box 17192,    Wilmington, DE 19886-7192
10845087   +Bank of America,    PO Box 1598,    Norfolk, VA 23501-1598
10962370   +Chase,   Illinois Market,    Po Box 260180,    Baton Rouge, LA 70826-0180
10845089   +Gene Bereza,    1608 West Ohio #3,    Chicago, IL 60622-6036
11003893   +Illinois Market,    PO Box 260180,    Baton Rouge, LA 70826-0180
10845090    KHELC,    P.O Box 24328,    Louisville, KY 40224-0328
10962371   +National Enterprise Systems,    29125 Solon Road,    Solon, OH 44139-3442
10962372   +National Enterprise Systems,    C/O Verizon Wireless,    Po Box 6170,    Carol Stream, IL 60197-6170
10962373   +Stephen R. Wagman,    Po Box 40857,    Indianapolis , IN 46240-0857
```

The following entities were noticed by electronic transmission on Jul 15, 2010.
```
tr          +E-mail/Text: HFOX@LEHMANFOX.COM                            Horace Fox, JR,    Lehman & Fox,
             6 E Monroe St,    Chicago, IL 60603-2704
                                                                                              TOTAL: 1
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*       +Horace Fox, JR,    Lehman & Fox,    6 E Monroe St,    Chicago, IL 60603-2704
11003894*  +National Enterprise Systems,    29125 Solon Road,    Solon, OH 44139-3442
                                                                                              TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 17, 2010**                     **Signature:**   _/s/ Joseph Speetjens_