**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**CHICAGO DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 06-09206 |
| | § | |
| MARC G WAGMAN | § | |
| | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

Horace Fox, Jr., chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)      All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report.  The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law.  The trustee hereby requests to be discharged from further duties as a trustee.

2)      A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $10,298.00 | Assets Exempt: | $7,643.00 |
| Total Distributions to Claimants: | $12,523.03 | Claims Discharged Without Payment: | $90,121.07 |
| Total Expenses of Administration: | $7,696.22 | | |

3)      Total gross receipts of $20,219.25  (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $20,219.25 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (5/1/2011)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Claims: | | | | |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $7,696.22 | $7,696.22 | $7,696.22 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | NA | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $104,450.00 | $193,773.38 | $84,744.10 | $12,523.03 |
| **Total Disbursements** | $104,450.00 | $201,469.60 | $92,440.32 | $20,219.25 |

4).  This case was originally filed under chapter 7 on 07/31/2006.  The case was pending for 61 months.

5).  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6).  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/18/2011                        By:   /s/ Horace Fox, Jr.
                                                      Trustee

STATEMENT:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR (5/1/2011)

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| 1/6 ownership in r/e1543-45 S. B  St Elwood IN | 1110-000 | $11,083.60 |
| Savings acct #3385 Bank of Indianapolis 1/6th inte | 1129-000 | $8,816.40 |
| Interest Asset | 1270-000 | $319.25 |
| **TOTAL GROSS RECEIPTS** | | $20,219.25 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

### EXHIBIT 3 – SECURED CLAIMS

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Fox Horace, Trustee | 2100-000 | NA | $2,771.51 | $2,771.51 | $2,771.51 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | NA | $15.87 | $15.87 | $15.87 |
| International Sureties, LTD. | 2300-000 | NA | $50.34 | $50.34 | $50.34 |
| Law Offices of Bruce de'Medici, Attorney for Trustee | 3210-000 | NA | $3,997.50 | $3,997.50 | $3,997.50 |
| Popowcer Katten, Ltd., Accountant for Trustee | 3410-000 | NA | $861.00 | $861.00 | $861.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $7,696.22 | $7,696.22 | $7,696.22 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|

UST Form 101-7-TDR (5/1/2011)

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Access Group Inc. | 7100-000 | $67,000.00 | $54,514.64 | $54,514.64 | $8,055.88 |
| 2 | Access Group Inc. | 7100-000 | NA | $54,514.64 | $0.00 | $0.00 |
| 3 | Access Group Inc. | 7100-000 | NA | $54,514.64 | $0.00 | $0.00 |
| 4 | Access Group Inc. | 7100-000 | NA | $11,203.39 | $11,203.39 | $1,655.58 |
| 5 | American Express Centurion | 7100-000 | $19,000.00 | $18,574.37 | $18,574.37 | $2,744.82 |
| 6 | American Express Centurion | 7100-000 | $550.00 | $451.70 | $451.70 | $66.75 |
| | Bank of America | 7100-000 | $16,000.00 | NA | NA | $0.00 |
| | Chase | 7100-000 | $1,700.00 | NA | NA | $0.00 |
| | National Enterprise Systems | 7100-000 | $200.00 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $104,450.00 | $193,773.38 | $84,744.10 | $12,523.03 |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES**

Page No:   1        Exhibit 8

| Case No.: | 06-09206 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | WAGMAN, MARC G | | Date Filed (f) or Converted (c): | 07/31/2006 (f) |
| For the Period Ending: | 8/18/2011 | | §341(a) Meeting Date: | 08/29/2006 |
| | | | Claims Bar Date: | 12/01/2006 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. DA=§ 554(c) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | |
| 1  1/6 ownership in r/e1543-45 S. B  St Elwood IN | $13,854.40 | $13,854.40 | | $11,083.60 | FA |
| 2  Savings acct #3385 Bank of Indianapolis 1/6th inte | $8,814.08 | $8,814.08 | | $8,816.40 | FA |
| 3  cash | $15.00 | $15.00 | DA | $0.00 | FA |
| 4  checking acct #3703 | $350.00 | $0.00 | DA | $0.00 | FA |
| 5  checking 3307 Bk of Indianapolis | $700.00 | $240.00 | DA | $0.00 | FA |
| 6  Savings Merrill Lynch #31E81 | $293.00 | $0.00 | DA | $0.00 | FA |
| 7  security deposit | $1,400.00 | $1,400.00 | DA | $0.00 | FA |
| 8  Household Goods | $750.00 | $750.00 | DA | $0.00 | FA |
| 9  clothing | $1,000.00 | $0.00 | DA | $0.00 | FA |
| 10  furs jewelry | $1,000.00 | $0.00 | DA | $0.00 | FA |
| 11  sports and hobby equipmnet | $340.00 | $0.00 | DA | $0.00 | FA |
| 12  11 shares SBC stock @25 .00 per | $250.00 | $250.00 | DA | $0.00 | FA |
| 13  1999 Toyota Avalon | $4,200.00 | $0.00 | DA | $0.00 | FA |
| 14  VOID | $0.00 | $0.00 | | $0.00 | $0.00 |
| INT  Interest Asset | Unknown | Unknown | | $319.25 | FA |

TOTALS (Excluding unknown value)          Gross Value of Remaining Assets

$32,966.48     $25,323.48        $20,219.25        $0.00

**Major Activities affecting case closing:**

Debtor owns a 1/6th interest in a family owned parcel of real estate in Indiana.  I have negotiated a settlement on that parcel and all of a non exempt savings account.  Hire an attorney; and an accountant examine claims and file final report.

Accountant appointed, object to 2nd of 3 duplicate claims( first withdrawn ) allow 3 to stand.

Claim objections set and ruled on.  Accountant hired.

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit 8

| | |
|---|---|
| **Case No.:** | 06-09206 |
| **Case Name:** | WAGMAN, MARC G |
| **For the Period Ending:** | 8/18/2011 |

| | |
|---|---|
| **Trustee Name:** | Horace Fox, Jr. |
| **Date Filed (f) or Converted (c):** | 07/31/2006 (f) |
| **§341(a) Meeting Date:** | 08/29/2006 |
| **Claims Bar Date:** | 12/01/2006 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon. DA=§ 554(c) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

Have fees from accountant and attorney.  Objections ruled on. final report.  Compiled trustee time. Review claims.

8.19.10 final report set in court.  Need to notice de 'Medici fees.


10.03.10

de 'Medici fees noticed for 10.28.10.


| | | | |
|---|---|---|---|
| **Initial Projected Date Of Final Report (TFR):**   06/01/2007 | **Current Projected Date Of Final Report (TFR):**   02/28/2010 | /s/ HORACE FOX, JR. | |
| | | HORACE FOX, JR. | |

Page No: 1    Exhibit 9

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 06-09206 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | WAGMAN, MARC G | | Bank Name: | BANK OF AMERICA |
| Primary Taxpayer ID #: | ******0085 | | Money Market Acct #: | ******8301 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | MONEY MARKET |
| For Period Beginning: | 7/31/2006 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/18/2011 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/29/2006 | | MARC G. WAGMAN | buy back int r/e and savings acct | * | $19,900.00 | | $19,900.00 |
| | {1} | | buy back int r/e and savings acct $11,083.60 | 1110-000 | | | $19,900.00 |
| | {2} | | $8,816.40 | 1129-000 | | | $19,900.00 |
| 10/31/2006 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $15.78 | | $19,915.78 |
| 11/30/2006 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $16.37 | | $19,932.15 |
| 12/29/2006 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $16.93 | | $19,949.08 |
| 01/31/2007 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $16.95 | | $19,966.03 |
| 02/28/2007 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $15.32 | | $19,981.35 |
| 03/30/2007 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $16.96 | | $19,998.31 |
| 04/03/2007 | 101 | INTERNATIONAL SURETIES, LTD | blanket bond allocation | 2300-000 | | $15.87 | $19,982.44 |
| 04/30/2007 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $16.44 | | $19,998.88 |
| 05/31/2007 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $16.99 | | $20,015.87 |
| 06/29/2007 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $16.44 | | $20,032.31 |
| 07/31/2007 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $17.02 | | $20,049.33 |
| 08/31/2007 | (INT) | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | $17.03 | | $20,066.36 |
| 09/28/2007 | (INT) | BANK OF AMERICA | Interest Rate 0.750 | 1270-000 | $12.78 | | $20,079.14 |
| 10/31/2007 | (INT) | BANK OF AMERICA | OCTOBER 2007 INTEREST | 1270-000 | $12.79 | | $20,091.93 |
| 11/08/2007 | (INT) | BANK OF AMERICA | Interest Earned For November 2007 | 1270-000 | $2.50 | | $20,094.43 |
| 11/08/2007 | | Sterling Bank | Transfer Funds | 9999-000 | | $20,094.43 | $0.00 |
| | | | **SUBTOTALS** | | $20,110.30 | $20,110.30 | |

Page No: 2    Exhibit 9

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 06-09206 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | WAGMAN, MARC G | | Bank Name: | BANK OF AMERICA |
| Primary Taxpayer ID #: | ******0085 | | Money Market Acct #: | ******8301 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | MONEY MARKET |
| For Period Beginning: | 7/31/2006 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/18/2011 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $20,110.30 | $20,110.30 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $20,094.43 | |
| | | | **Subtotal** | | $20,110.30 | $15.87 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $20,110.30 | $15.87 | |

**For the period of  7/31/2006 to 8/18/2011**

| | |
|---|---|
| Total Compensable Receipts: | $20,110.30 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $20,110.30 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $15.87 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $15.87 |
| Total Internal/Transfer  Disbursements: | $20,094.43 |

**For the entire history of the account between 09/29/2006 to 8/18/2011**

| | |
|---|---|
| Total Compensable Receipts: | $20,110.30 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $20,110.30 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $15.87 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $15.87 |
| Total Internal/Transfer  Disbursements: | $20,094.43 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No. | 06-09206 |
| Case Name: | WAGMAN, MARC G |
| Primary Taxpayer ID #: | ******0085 |
| Co-Debtor Taxpayer ID #: | |
| For Period Beginning: | 7/31/2006 |
| For Period Ending: | 8/18/2011 |

| | |
|---|---|
| Trustee Name: | Horace Fox, Jr. |
| Bank Name: | STERLING BANK |
| Checking Acct #: | ******9206 |
| Account Title: | |
| Blanket bond (per case limit): | $5,000,000.00 |
| Separate bond (if applicable): | |

| 1 Transaction Date | 2 Check / Ref. # | 3 Paid to/ Received From | 4 Description of Transaction | 5 Uniform Tran Code | 6 Deposit $ | 7 Disbursement $ | Balance |
|---|---|---|---|---|---|---|---|
| 04/02/2008 | | Transfer From MMA # ******9206 | Transfer For Bond Payment | 9999-000 | $18.40 | | $18.40 |
| 04/02/2008 | 2001 | International Sureties, LTD. | Bond Payment | 2300-000 | | $18.40 | $0.00 |
| 04/02/2009 | | Transfer From MMA # ******9206 | Transfer For Bond Payment | 9999-000 | $14.64 | | $14.64 |
| 04/02/2009 | | Transfer From MMA # ******9206 | Transfer For Bond Payment | 9999-000 | $14.64 | | $29.28 |
| 04/02/2009 | | Transfer To Acct#******9206 | | 9999-000 | | $14.64 | $14.64 |
| 04/02/2009 | 2002 | International Sureties, LTD. | Bond Payment | 2300-000 | | $14.64 | $0.00 |
| 04/02/2009 | 2002 | VOID: International Sureties, LTD. | | 2300-003 | | ($14.64) | $14.64 |
| 04/02/2009 | 2003 | International Sureties, LTD. | Bond Payment | 2300-000 | | $14.64 | $0.00 |
| 04/28/2010 | | Transfer From MMA # ******9206 | Transfer For Bond Payment | 9999-000 | $17.30 | | $17.30 |
| 04/28/2010 | 2004 | International Sureties, LTD. | Bond Payment | 2300-000 | | $17.30 | $0.00 |
| 10/28/2010 | | Transfer From: MMA # ******9206 | Transfer to Close Account | 9999-000 | $20,153.04 | | $20,153.04 |
| 10/28/2010 | 2005 | Fox Horace | Trustee Compensation | 2100-000 | | $2,771.51 | $17,381.53 |
| 10/28/2010 | 2006 | Law Offices of Bruce de'Medici | Final Dividend: 19.83; Amount Allowed: 3,997.50; | 3210-000 | | $3,997.50 | $13,384.03 |
| 10/28/2010 | 2007 | Popowcer Katten, Ltd. | Final Dividend: 4.27; Amount Allowed: 861.00; | 3410-000 | | $861.00 | $12,523.03 |
| 10/28/2010 | 2008 | Access Group Inc. | Final Claim #: 1; Dividend: 39.97; Amount Allowed: 54,514.64; | 7100-000 | | $8,055.88 | $4,467.15 |
| 10/28/2010 | 2009 | Access Group Inc. | Final Claim #: 4; Dividend: 8.21; Amount Allowed: 11,203.39; | 7100-000 | | $1,655.58 | $2,811.57 |
| 10/28/2010 | 2010 | American Express Centurion | Final Claim #: 5; Dividend: 13.61; Amount Allowed: 18,574.37; | 7100-000 | | $2,744.82 | $66.75 |
| 10/28/2010 | 2011 | American Express Centurion | Final Claim #: 6; Dividend: 0.33; Amount Allowed: 451.70; | 7100-000 | | $66.75 | $0.00 |

| | | SUBTOTALS | $20,218.02 | $20,218.02 |
|---|---|---|---|---|

**FORM 2**                                                                                                    Page No:  4        Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| **Case No.** | 06-09206 |
| **Case Name:** | WAGMAN, MARC G |
| **Primary Taxpayer ID #:** | ******0085 |
| **Co-Debtor Taxpayer ID #:** | |
| **For Period Beginning:** | 7/31/2006 |
| **For Period Ending:** | 8/18/2011 |

| | |
|---|---|
| **Trustee Name:** | Horace Fox, Jr. |
| **Bank Name:** | STERLING BANK |
| **Checking Acct #:** | ******9206 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | Uniform Tran Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| | | | **TOTALS:** | | $20,218.02 | $20,218.02 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $20,218.02 | $14.64 | |
| | | | **Subtotal** | | $0.00 | $20,203.38 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $0.00 | $20,203.38 | |

| For the period of  7/31/2006 to 8/18/2011 | | For the entire history of the account between 03/31/2008 to 8/18/2011 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $20,218.02 | Total Internal/Transfer Receipts: | $20,218.02 |
| | | | |
| Total Compensable Disbursements: | $20,203.38 | Total Compensable Disbursements: | $20,203.38 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $20,203.38 | Total Comp/Non Comp  Disbursements: | $20,203.38 |
| Total Internal/Transfer  Disbursements: | $14.64 | Total Internal/Transfer  Disbursements: | $14.64 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 06-09206 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | WAGMAN, MARC G | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | ******0085 | | Money Market Acct #: | ******9206 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | MMA |
| For Period Beginning: | 7/31/2006 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/18/2011 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/08/2007 | | BANK OF AMERICA | Transfer Funds | 9999-000 | $20,094.43 | | $20,094.43 |
| 11/30/2007 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $7.60 | | $20,102.03 |
| 12/31/2007 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $10.24 | | $20,112.27 |
| 01/31/2008 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $9.73 | | $20,122.00 |
| 02/29/2008 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $7.97 | | $20,129.97 |
| 03/31/2008 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $7.81 | | $20,137.78 |
| 04/02/2008 | | Transfer To # ******9206 | Transfer For Bond Payment | 9999-000 | | $18.40 | $20,119.38 |
| 04/30/2008 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $6.60 | | $20,125.98 |
| 05/30/2008 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $6.82 | | $20,132.80 |
| 06/30/2008 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $6.60 | | $20,139.40 |
| 07/31/2008 | (INT) | Sterling Bank | Interest Earned For July | 1270-000 | $6.33 | | $20,145.73 |
| 08/29/2008 | (INT) | Sterling Bank | Interest Earned For August | 1270-000 | $5.12 | | $20,150.85 |
| 09/30/2008 | (INT) | Sterling Bank | Interest Earned For September | 1270-000 | $4.96 | | $20,155.81 |
| 10/31/2008 | (INT) | Sterling Bank | Interest Earned For October | 1270-000 | $3.91 | | $20,159.72 |
| 11/28/2008 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $2.59 | | $20,162.31 |
| 12/31/2008 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $2.15 | | $20,164.46 |
| 01/30/2009 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $1.71 | | $20,166.17 |
| 02/27/2009 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $1.55 | | $20,167.72 |
| 03/31/2009 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $1.33 | | $20,169.05 |
| 04/02/2009 | | Transfer From Acct#******9206 | | 9999-000 | $14.64 | | $20,183.69 |
| 04/02/2009 | | Transfer To # ******9206 | Transfer For Bond Payment | 9999-000 | | $14.64 | $20,169.05 |
| 04/02/2009 | | Transfer To # ******9206 | Transfer For Bond Payment | 9999-000 | | $14.64 | $20,154.41 |
| 04/30/2009 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $0.83 | | $20,155.24 |
| 05/29/2009 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $0.86 | | $20,156.10 |
| 06/30/2009 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $0.83 | | $20,156.93 |
| 07/31/2009 | (INT) | Sterling Bank | Interest Earned For July | 1270-000 | $0.86 | | $20,157.79 |
| 08/31/2009 | (INT) | Sterling Bank | Interest Earned For August | 1270-000 | $0.86 | | $20,158.65 |
| 09/30/2009 | (INT) | Sterling Bank | Interest Earned For September | 1270-000 | $0.83 | | $20,159.48 |
| | | | **SUBTOTALS** | | $20,207.16 | $47.68 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 06-09206 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | WAGMAN, MARC G | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | ******0085 | | Money Market Acct #: | ******9206 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | MMA |
| For Period Beginning: | 7/31/2006 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/18/2011 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/30/2009 | (INT) | Sterling Bank | Interest Earned For October | 1270-000 | $0.86 | | $20,160.34 |
| 11/30/2009 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $0.83 | | $20,161.17 |
| 12/31/2009 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $0.86 | | $20,162.03 |
| 01/29/2010 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $0.86 | | $20,162.89 |
| 02/26/2010 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $0.77 | | $20,163.66 |
| 03/31/2010 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $0.86 | | $20,164.52 |
| 04/28/2010 | | Transfer To # ******9206 | Transfer For Bond Payment | 9999-000 | | $17.30 | $20,147.22 |
| 04/30/2010 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $0.83 | | $20,148.05 |
| 05/28/2010 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $0.86 | | $20,148.91 |
| 06/30/2010 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $0.83 | | $20,149.74 |
| 07/30/2010 | (INT) | Sterling Bank | Interest Earned For July | 1270-000 | $0.86 | | $20,150.60 |
| 08/31/2010 | (INT) | Sterling Bank | Interest Earned For August | 1270-000 | $0.86 | | $20,151.46 |
| 09/30/2010 | (INT) | Sterling Bank | Interest Earned For September | 1270-000 | $0.83 | | $20,152.29 |
| 10/28/2010 | (INT) | STERLING BANK | Account Closing Interest As Of 10/28/2010 | 1270-000 | $0.75 | | $20,153.04 |
| 10/28/2010 | | Transfer To: # ******9206 | Transfer to Close Account | 9999-000 | | $20,153.04 | $0.00 |

| | | | | **SUBTOTALS** | $10.86 | $20,170.34 | |

**FORM 2** **Page No: 7**   Exhibit 9
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | | | |
|---|---|---|---|---|
| **Case No.** | 06-09206 | | **Trustee Name:** | Horace Fox, Jr. |
| **Case Name:** | WAGMAN, MARC G | | **Bank Name:** | STERLING BANK |
| **Primary Taxpayer ID #:** | ******0085 | | **Money Market Acct #:** | ******9206 |
| **Co-Debtor Taxpayer ID #:** | | | **Account Title:** | MMA |
| **For Period Beginning:** | 7/31/2006 | | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 8/18/2011 | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | Uniform Tran Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | | **Deposit $** | **Disbursement $** | **Balance** |
| | | | **TOTALS:** | | $20,218.02 | $20,218.02 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $20,109.07 | $20,218.02 | |
| | | | **Subtotal** | | $108.95 | $0.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $108.95 | $0.00 | |

**For the period of 7/31/2006 to 8/18/2011**

| | |
|---|---|
| Total Compensable Receipts: | $108.95 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $108.95 |
| Total Internal/Transfer Receipts: | $20,109.07 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $20,218.02 |

**For the entire history of the account between 11/08/2007 to 8/18/2011**

| | |
|---|---|
| Total Compensable Receipts: | $108.95 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $108.95 |
| Total Internal/Transfer Receipts: | $20,109.07 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $20,218.02 |

## FORM 2
### CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| **Case No.** | 06-09206 | |
| **Case Name:** | WAGMAN, MARC G | |
| **Primary Taxpayer ID #:** | ******0085 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 7/31/2006 | |
| **For Period Ending:** | 8/18/2011 | |

| | |
|---|---|
| **Trustee Name:** | Horace Fox, Jr. |
| **Bank Name:** | STERLING BANK |
| **Money Market Acct #:** | ******9206 |
| **Account Title:** | MMA |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $20,219.25 | $20,219.25 | $0.00 |

**For the period of 7/31/2006 to 8/18/2011**

| | |
|---|---|
| Total Compensable Receipts: | $20,219.25 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $20,219.25 |
| Total Internal/Transfer Receipts: | $40,327.09 |
| | |
| Total Compensable Disbursements: | $20,219.25 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $20,219.25 |
| Total Internal/Transfer Disbursements: | $40,327.09 |

**For the entire history of the case between 07/31/2006 to 8/18/2011**

| | |
|---|---|
| Total Compensable Receipts: | $20,219.25 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $20,219.25 |
| Total Internal/Transfer Receipts: | $40,327.09 |
| | |
| Total Compensable Disbursements: | $20,219.25 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $20,219.25 |
| Total Internal/Transfer Disbursements: | $40,327.09 |